United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN BELTRAN,

        Plaintiff,

    v.

VF OUTDOOR, LLC,

        Defendant.

Case No. 26-cv-02245-HSG

**SCHEDULING ORDER**

A case management conference was held on June 23, 2026. Having considered the parties' proposal, *see* Dkt. No. 29, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Defendant to file Motion to Dismiss | July 22, 2026 |
| Opposition to Motion to Dismiss | August 21, 2026 |
| Amendment of Pleadings/ Joinder | August 31, 2026 |
| Reply in Support of Motion to Dismiss | September 11, 2026 |
| Hearing on Motion to Dismiss | October 1, 2026, at 2:00 p.m. |
| Close of Fact Discovery | February 5, 2027 |
| Exchange of Opening Expert Reports | March 5, 2027 |
| Exchange of Rebuttal Expert Reports | April 9, 2027 |
| Close of Expert Discovery | May 7, 2027 |
| Class Certification Filing Deadline | June 4, 2027 |
| Opposition to Motion for Class Certification | July 2, 2027 |
| Reply in Support of Motion for Class Certification | July 23, 2027 |
| Class Certification Hearing | August 12, 2027, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

In light of the parties' proposal, the Court further clarifies that the Court is not bifurcating discovery in this case. The parties are **DIRECTED** to meet and confer about the timing and form of ADR in light of this schedule. If they are able to reach an agreement, the parties may refile the standard ADR form, Stipulation and Proposed Order Selecting ADR Process. The parties shall file any stipulation by July 17, 2026. This terminates Dkt. Nos. 25 and 29.

**IT IS SO ORDERED.**

Dated:   7/7/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California